UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00523-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| APPROXIMATELY $22,960.00 IN FUNDS, | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the Court on Motion for Default Judgment (#9), and it appearing that defendant is in default and that no claims to defendant have been provided within the time allowed under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and that the defendant is now forfeit to the United States of America, as has been satisfactorily shown in the government's Motion for Default Judgment,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of the Plaintiff **UNITED STATES OF AMERICA** providing that the Plaintiff is the lawful owner or all right, title, and interest in the subject property **APPROXIMATELY $22,960.00 IN FUNDS.**

This action is otherwise **DISMISSED WITH PREJUDICE**.

Signed: January 15, 2019

Max O. Cogburn Jr
United States District Judge